UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN CUSHING,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE CITY OF QUINCY, et al.,  )<br>)<br>Defendants.  )<br>) | Civil Action No.<br>25-11260-BEM |

**ORDER**

**MURPHY, J.**

Plaintiff Brian Cushing initiated this action by filing a civil rights complaint with a motion for leave to proceed *in forma pauperis*. Dkts. 1-2. By Memorandum and Order dated January 20, 2026, Cushing was granted leave to proceed *in forma pauperis* and was advised that if he wished to proceed with this action, he must file an amended complaint. Dkt. 4. The Memorandum and Order further stated that failure to comply with this directive within twenty-eight (28) days of the date of the Memorandum and Order will result in dismissal of this action.

To date, Cushing has not filed an amended complaint and the time to do so expired. Accordingly, and in accordance with the Court's Memorandum and Order this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**So Ordered.**

Dated:  February 23, 2026

/s/ Brian E. Murphy
Brian E. Murphy
Judge, United States District Court